USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

DUSTIN GENCO,

             Defendant.
-------------------------------------------------------------X

23-CR-391 (JLC)

**ORDER**

**JAMES L. COTT, United States Magistrate Judge.**

    The sentencing proceeding in this case is scheduled for **December 6, 2023 at 10:00 a.m.** in courtroom 21-D, 500 Pearl Street, New York, NY 10007. If either the Government or the Defendant plans to submit a sentencing memorandum or letter in advance of the proceeding, they must submit it no later than one week before the proceeding, *i.e.*, by **November 29, 2023**.

    **SO ORDERED.**

Dated: New York, New York
         August 3, 2023

_____
JAMES L. COTT
United States Magistrate Judge