**WALDEN
MACHT
HARAN** LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2024
```

January 8, 2024

**VIA ECF**

Honorable James L. Cott
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Genco*, No. 1:23-cr-00391

Dear Judge Cott:

    We represent Defendant Dustin Genco in the above-referenced action. The parties jointly request to extend the deadline of the sentencing submissions (currently due on January 10, 2024) and adjourn the sentencing hearing (currently scheduled for January 24, 2024) to 30 days from the current dates. Two issues in this case recently arose that are potentially relevant to the Court's consideration of the 18 U.S.C. § 3553(a) factors in determining the sentence. The parties are in the process of resolving these issues without seeking the Court's intervention and agree that additional time is conducive to a resolution.

    Thank you for your consideration of this request.

    Respectfully submitted,

    */s/ Jim Walden*

Jim Walden
250 Vesey Street
27th Floor
New York, NY, 10281
jwalden@wmhlaw.com

*Counsel for Dustin Genco*

cc:    All parties, via ECF

*[Handwritten endorsement:]* Application granted. The sentencing is adjourned to February 22, 2024 at 10:00 a.m. in courtroom 21-D, 500 Pearl Street. Any pre-sentencing memoranda or letters must be submitted no later than February 8, 2024. Absent good cause shown, there will be no further adjournments. SO ORDERED. James L. Cott, U.S.M.J. 1-8-24