**WALDEN MACHT & HARAN** LLP

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

February 6, 2024

<u>VIA ECF</u>

Honorable James L. Cott
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/24

Re:   *United States v. Genco*, No. 1:23-cr-00391

Dear Judge Cott:

     We represent Defendant Dustin Genco in the above-referenced action. Although we acknowledge and appreciate the flexibility the Court has shown with prior requests, we request two more business days (and the intervening weekend) to finish our sentencing memo on our client's behalf. We are mindful of the Court's admonition that "[a]bsent good cause shown, there will be no further adjournments." But the Government has consented to our request for a few extra days without changing other parts of the schedule, so long as the Government is subject to the same deadline. Thus, the parties remain available for the February 22 sentencing hearing. We apologize that we need the extra few days to finish our submission, but we request the Court's permission to file it on Monday, February 12th, by 10 am, and extend the same extension to the Government's sentencing submission.

     Thank you for your consideration of this request.

*Application granted.*
*Submissions due*
*no later than 10 a.m.*
*on February 12.*

Respectfully submitted,

/s/ Jim Walden
---
Jim Walden
250 Vesey Street
27th Floor
New York, NY, 10281
jwalden@wmhlaw.com

*Counsel for Dustin Genco*

cc:   All parties, via ECF

**SO ORDERED:**

_____
Hon. James L. Cott
United States Magistrate Judge
2/6/24