UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

DUSTIN GENCO,

            Defendant.

Docket No. 1:23-cr-00391-JLC

# ORDER

AND NOW, this 11th day of September 2024, it is hereby **ordered** that the Pretrial Services Office of the Southern District of New York shall return Dustin Genco's passport.

BY THE COURT

_____, J.
HON. SARAH L. CAVE